UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsd.uscourts.gov

CASE NO.: 1:15-CV-22694-UU

ITZEN ISSAC CABRERA URBINA, and all     )
others similarly situated under 29 U.S.C.     )
216(b),     )
     )
            Plaintiff,     )
     )
    vs.     )
     )
ROK SOUTH, LLC; JEY HOSPITALITY     )
GROUP, LLC     )
     )
            Defendants.     )
_____

**PLAINTIFF'S NOTICE OF COMPLIANCE**

Comes Now Plaintiff, by and through undersigned counsel, and hereby files Plaintiff's

Notice of Compliance and in support thereof states as follows:

1.      On August 25, 2015, Plaintiff's Counsel provided Defendants' Counsel with a

copy of this Court's Order [DE 6]

Respectfully Submitted,

   /s/Steven C. Fraser
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2015, I electronically filed the Certificate of Compliance with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

__/s/Steven C. Fraser__
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

## SERVICE LIST

**Via cm/ECF**

Ronald M. Rosengarten
333 SE 2nd Avenue
Miami, Florida 33131
(305)579-0519
(305) 579-0717 (fax)
RosengartenR@gtlaw.com