UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-22694-UU

ITZEN ISAAC CABRERA URBINA and all others similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

vs.

ROK SOUTH, LLC d/b/a ROK BRGR BURGER BAR + GASTROPUB and JEY HOSPITALITY GROUP, LLC,

    Defendant.

## CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure requiring the Parties to file Certificates of Interested Parties and Corporate disclosure statements, Defendants Rok South, LLC ("Rok South") and JEY Hospitality Group, LLC ("JEY"), make the following disclosures:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Itzen Isaac Cabrera Urbina

    b. Rok South, LLC

    c. JEY Hospitality Group, LLC

    d. Charles Hazlett;

    e. Marc Falsetto;

ATL 20831823v2

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717

CASE NO. 1:15-cv-22694-UU

    f. Robbyns Martinez;

    g. Francisco Rodriguez;

    h. Mark Mughabghab;

    i. Rob Mariani;

    j. J.H. Zidell, P.A.;

    k. Elizabeth Olivia Hueber;

    l. Julia M. Garrett;

    m. Seven C. Fraser;

    n. Jamie H. Zidell;

Defendants further state that no publicly held corporation owns 10 percent or more of either of Defendants.

    2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Defendants are not aware of any other entity whose publicly-traded stock, equity or debt may be affected by these proceedings.

    3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Defendants are not aware of any other entity that is likely to be an active participant in these proceedings.

    4.    The name of each alleged victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    a. Itzen Isaac Cabrera Urbina (Plaintiff).

2

Greenberg Traurig, P.A.  |  Attorneys at Law  |  333 Avenue of the Americas  |  Suite 4400  |  Miami, FL 33131  |  Tel 305.579.0500  |  Fax 305.579.0717

CASE NO. 1:15-cv-22694-UU

Dated: September 2, 2015

Respectfully submitted,

**GREENBERG TRAURIG, LLP**
*Attorneys for Defendants*
333 Avenue of the Americas, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0519
Facsimile: (305) 579-0717

By: /s/ Ronald M. Rosengarten
    RONALD M. ROSENGARTEN
    Florida Bar No. 387540
    rosengartenr@gtlaw.com
    MARIANA GAXIOLA*
    Florida Bar No.
    gaxiolam@gtlaw.com
      -and-
    Erik S. Rodriguez*
    Georgia Bar No. 611411
    Rodriguezer@gtlaw.com
    Brett T. Lane*
    Georgia Bar No. 143014
    Laneb@gtlaw.com
    Terminus 200
    3333 Piedmont Road NE, Suite 2500
    Atlanta, Georgia 30305
    Telephone: (678) 553-2100
    Facsimile: (678) 553-2122
    *Pro hac vice motions forthcoming

3

ATL 20831823v2

Greenberg Traurig, P.A.  |  Attorneys at Law  |  333 Avenue of the Americas  |  Suite 4400  |  Miami, FL 33131  |  Tel 305.579.0500  |  Fax 305.579.0717

CASE NO. 1:15-cv-22694-UU

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2015, I electronically filed the foregoing **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT** with the Clerk of Court through its CM/ECF service.  I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Ronald M. Rosengarten
Attorney for Defendants

## SERVICE LIST

*Itzen Isaac Cabrera Urbina, and all others similarly situated under 29 U.S.C. § 216(b) v. Rok South, LLC d/b/a Rok Brgr Burger Bar + Gastropub and JEY Hospitality Group, LLC*
**Case No. 1:15-cv-22694-UU**
**United States District Court, Southern District of Florida**

*Counsel for Plaintiff*:

Jamie H. Zidell, Esq.
Steven C. Fraser, Esq.
Julia M. Garrett, Esq.
Elizabeth Olivia Hueber, Esq.
J.H. ZIDELL, P.A.
300-71st Street, Ste 605
Miami Beach, FL 33141
Telephone:  (305) 865-6766
Facsimile:  (305)865-7167

ATL 20831823v2

Greenberg Traurig, P.A.  |  Attorneys at Law  |  333 Avenue of the Americas  |  Suite 4400  |  Miami, FL 33131  |  Tel 305.579.0500  |  Fax 305.579.0717