UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-22694-UU

ITZEN ISAAC CABRERA URBINA
and all others similarly situated under
29 U.S.C. § 216(b),

      Plaintiff,

v.

ROK SOUTH, LLC d/b/a ROK BRGR
BURGER BAR + GASTROPUB, and
JEY HOSPITALITY GROUP, LLC,

      Defendants.
_____/

## **DEFENDANTS' INITIAL DISCLOSURES**

Pursuant to Fed.R.Civ.P. 26(a), Defendants Rok South, LLC ("Rok South") and JEY Hospitality Group, LLC ("JEY") (collectively, "Defendants") hereby provides these Initial Disclosures. The information set forth herein constitutes the best information presently available to Defendants.

Defendants have not completed their investigation of the facts underlying this lawsuit, nor completed discovery or preparation of this case for any trial. Accordingly, Defendants provide these disclosures without prejudice to their right to timely amend, supplement or change said disclosures if and when additional, different or more accurate information becomes available. Moreover, these disclosures are subject to correction for inadvertent errors or omissions, if any such errors or omissions are later found to exist.

**I.**     **Identification of Individuals with Discoverable Information**

The following is a list of names and, if known, addresses and telephone numbers of each individual Defendants currently believe is likely to have discoverable information that

Defendants may use to support their position in this case, identifying the subject(s) of the information.

| NAME | ADDRESS | SUBJECT MATTER |
|---|---|---|
| Plaintiff Itzen Isaac Cabrera Urbina | c/o of J.H. ZIDELL, P.A. 300-71st Street, Ste 605 Miami Beach, FL 33141 | Knowledge concerning Plaintiff 's allegations in the Complaint |
| Corporate Representative of Rok South | c/o GREENBERG TRAURIG, LLP Terminus 200 3333 Piedmont Rd., NE, Suite 2500 Atlanta, GA 30305 | Knowledge concerning topics to be identified by Plaintiff |
| Corporate Representative of JEY | c/o GREENBERG TRAURIG, LLP Terminus 200 3333 Piedmont Rd., NE, Suite 2500 Atlanta, GA 30305 | Knowledge concerning topics to be identified by Plaintiff |
| All witnesses identified in Plaintiff's Initial Disclosures | | |
| All witnesses identified during the course of discovery | | |
| All custodians of records for entities receiving subpoenas | | |

By listing the individuals identified above, Defendants do not consent to Plaintiff's representative(s) or attorneys contacting any current or former employees of Defendants except through Defendants' attorneys.  Defendants reserve the right to supplement this list in the event additional individuals with information are identified.

**II.     Identification of Documents in the Possession, Custody, or Control of Defendants**

The following is a description by category and location of all documents, data compilations, electronically stored information, and tangible things in the possession, custody, or

control of Defendants and that may be used by Defendants to support their position in this case:

1. Relevant portions of Plaintiff's personnel file;

2. Records of hours worked for Plaintiff;

3. Relevant employment policies applicable to Plaintiff;

4. Pay records for Plaintiff; and

5. Documents produced in response to any Request for Production.

Defendants reserve the right to supplement this list in the event they identify additional documents.

**III.   Disclosures under Rule 26(a)(1)(A)(iii)**

Defendants have not asserted a claim for damages in this case and therefore have no disclosures to make under Rule 26(a)(1)(A)(iii).

**IV.   Disclosures Under Rule 26(a)(1)(A)(iv)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iv), Defendants have not identified any insurance agreement under which the person carrying on an insurance business may be liable to satisfy part or all of a judgment that may be entered in this action or to indemnify or reimburse payments made to satisfy any judgment.

Dated:  September 11, 2015                                  Respectfully submitted,

**GREENBERG TRAURIG, LLP**
*Attorneys for Defendants*
333 Avenue of the Americas, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0519
Facsimile: (305) 579-0717

By: /s/ Ronald M. Rosengarten
RONALD M. ROSENGARTEN
Florida Bar No. 387540
rosengartenr@gtlaw.com

CASE NO. 1:15-cv-22694-UU

        MARIANA GAXIOLA*
            -and-
        Erik S. Rodriguez*
        Georgia Bar No. 611411
        Rodriguezer@gtlaw.com
        Brett T. Lane*
        Georgia Bar No. 143014
        Laneb@gtlaw.com
        Terminus 200
        3333 Piedmont Road NE, Suite 2500
        Atlanta, Georgia 30305
        Telephone:  (678) 553-2100
        Facsimile:  (678) 553-2122

*Pro hac vice motions forthcoming

CASE NO. 1:15-cv-22694-UU

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2015, I served the foregoing **DEFENDANTS' INITIAL DISCLOSURES** by U.S. mail, postage prepaid, with a courtesy copy via electronic mail to the counsel of record listed below.

/s/ Ronald M. Rosengarten
Attorney for Defendants

**SERVICE LIST**
*Itzen Isaac Cabrera Urbina, and all others similarly situated under 29 U.S.C. § 216(b) v. Rok South, LLC d/b/a Rok Brgr Burger Bar + Gastropub and JEY Hospitality Group, LLC*
**Case No. 1:15-cv-22694-UU**
**United States District Court, Southern District of Florida**

*Counsel for Plaintiff:*

Jamie H. Zidell, Esq.
Steven C. Fraser, Esq.
Julia M. Garrett, Esq.
Elizabeth Olivia Hueber, Esq.
J.H. ZIDELL, P.A.
300-71st Street, Ste 605
Miami Beach, FL 33141
Telephone:  (305) 865-6766
Facsimile:  (305)865-7167