UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:15-CV-22694-UU

ITZEN ISAAC CABRERA URBINA, and all
others similarly situated under 29 U.S.C.
216(B),

              Plaintiff,

vs.

ROK SOUTH, LLC; JEY HOSPITALITY
GROUP, LLC

              Defendants.           /

## INTERIM JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order for Pretrial Conference and Trial [Dkt. 16], Plaintiff Itzen Isaac Cabrera Urbina ("Plaintiff") and Defendants Rok South, LLC ("Rok South") and JEY Hospitality Group, LLC ("JEY") (collectively the "Parties") hereby submit this Interim Joint Status Report.

1.    Have all the defendants been served and answered the complaint?  If not, state the reason(s) for the failure to do so.

    **Yes, all Defendants have been served and answered the complaint (DE 12).**

2.    If this is a class action, has a motion for class certification been filed?  If so, what is its status?

    **This is not a class action, so there has been no motion for class certification filed. The deadline to file a motion for class certification was October 23, 2015.**

3.     If discovery is not closed, what is the parties' agreed upon plan for the completion of discovery by the deadline, including but not limited to the exchange of all relevant electronically stored information?

**The Parties have exchanged written discovery.**

4.     Are there any motions pending?  If so, indicate the status of each motion separately.

     **a.**     **Defendants' Unopposed Motion for Leave to Reschedule Mediation to December 29, 2015 before Cindy N. Hannah;**

     **b.**     **Defendants' Motion for Protective Order to Reschedule Unilaterally Noticed Depositions (DE 31), which has been referred to Magistrate Judge Alicia M. Otazo-Reyes (DE 33) and is scheduled for Motion Hearing at 3:00 p.m. on January 7, 2016 (DE 37);**

     **c.**     **Plaintiff's Motion to Compel Responses to the First Request for Production and First Request (DE 34), which has been referred to Magistrate Judge Alicia M. Otazo-Reyes (DE 36) and is scheduled for Motion Hearing at 3:00 p.m. on January 7, 2016 (DE 37);**

     **d.**     **Plaintiff's Motion to Compel Appearance Dates for Defendants' Deposition (DE 35), which has been referred to Magistrate Judge Alicia M. Otazo-Reyes (DE 38) and is scheduled for Motion Hearing at 3:00 p.m. on January 7, 2016 (DE 39).**

5.     Have the parties filed their Notice of Selection of Mediator as required by the Court's Order of Referral to Mediator?

**The Parties have filed their Notice of Selection of Mediator as required by the Court's Order of Referral to Mediator.  The mediation is set for January 20, 2015 with Marlene Quintana.  However, Defendants have filed an unopposed Motion for Leave to**

**Reschedule Mediation to December 29, 2015 before Cindy N. Hannah.  Defendants'
Unopposed Motion is pending before the Court.**

6.      Have the parties agreed to a place, date and time for mediation and has the lead attorney
for the plaintiff(s) completed the form Order Scheduling Mediation and submitted it to the
Court?  If not, state the reason(s) for the failure to do so.

**The Parties have agreed to conduct mediation on Wednesday, January 20, 2016 at
10:00 a.m. at 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131 and the Court has
entered its Order Scheduling Mediation. Defendants have filed an unopposed Motion to
Change that mediation date to December 29, 2015 before Cindy N. Hannah.   Once
confirmed, the Parties will file their Amended Notice of Selection of Mediator.**

7.      Have the parties engaged in informal settlement negotiations?  If so, explain the extent of
the negotiations.  If not, explain the reason(s) for the failure to do so.

**The Parties engaged in informal settlement negotiations throughout the month of
November following the failure to proceed with mediation as planned on November 3,
2015.  The Parties have not been able to resolve this case and have not engaged in further
informal negotiations since November 2015.**

8.      If the case is less than five days to try, have the parties conferred and have they agreed to
trial before a U.S. Magistrate Judge, wherein a date certain for trial may be given?

**The parties believe this case will take less than five days to try.  The parties have not
conferred.  However, the Parties agree to comply with the Court's September 15, 2015
Order and any other applicable Order with respect to trial.**

3

Dated: December 21, 2015                          Respectfully submitted,


J.H. Zidell, P.A.                                 **GREENBERG TRAURIG, LLP**
*Attorney for Plaintiff*                          *Attorney for Defendants*
300 71st Street #605                              333 Avenue of the Americas, Suite 4400
Miami Beach, Florida 33141                        Miami, Florida 33131
Telephone: (305) 865-6766                         Telephone: (305) 579-0519
Facsimile: (305) 865-7167                         Facsimile: (305) 579-0717
By: /s/ Steven C. Fraser                          By: /s/ Patrick F. Martin
STEVEN C. FRASER                                  PATRICK F. MARTIN
Florida Bar No. 625825                            Florida Bar No. 00998729
steven.fraser.esq@gmail.com                       martinpa@gtlaw.com
                                                  -and-
                                                  Erik S. Rodriguez*
                                                  Georgia Bar No. 611411
                                                  Rodriguezer@gtlaw.com
                                                  Keshia M. Tiemann*
                                                  Georgia Bar No. 751051
                                                  TiemannK@gtlaw.com
                                                  Terminus 200
                                                  3333 Piedmont Road NE, Suite 2500
                                                  Atlanta, Georgia 30305
                                                  Telephone: (678) 553-2100
                                                  Facsimile: (678) 553-2122
                                                  *Pro hac vice motions forthcoming

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 21, 2015, a copy of the foregoing was electronically filed with the Court's CM/ECF system, which will automatically deliver notice upon the following:

Steven C. Fraser, Esq.
steven.fraser.esq@gmail.com
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167

/s/ Patrick F. Martin
PATRICK F. MARTIN
Florida Bar No. 00998729