UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-22694-AOR

ITZEN ISAAC CABRERA URBINA, and all
others similarly situated under 29 U.S.C.
216(B),

        Plaintiff,

vs.

ROK SOUTH, LLC; JEY HOSPITALITY
GROUP, LLC

        Defendants.       /

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
MOTION TO APPROVE SETTLEMENT AGREEMENT**

Plaintiff Itzen Isaac Cabrera Urbina ("Plaintiff") and Defendants Rok South, LLC ("Rok South") and JEY Hospitality Group, LLC ("JEY") (collectively the "Parties") hereby move to extend the time to file their Joint Motion to Approve the Settlement Agreement to, and including, Tuesday, January 26, 2016. In support of this Motion, the Parties show the Court as follows:

1. The Parties reached an agreement fully resolving this Action on December 29, 2015. [Dkt. 50].

2. The Parties have been diligently working in good faith to finalize the terms of mediation into a Settlement Agreement and Release agreeable to all Parties.

3. Because Plaintiff has brought claims pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. ("FLSA"), the Parties anticipate filing a Joint Motion to Approve the Settlement Agreement.

4. The Parties need additional time to finalize the terms of their Settlement Agreement, the Joint Motion to Approve the Settlement Agreement, and other necessary

documents to effectuate the terms of settlement.  This Motion is being made in good faith and will not cause delay in the underlying Action.

     5.     The Parties therefore respectfully request an extension of time to file their Joint Motion to Approve the Settlement Agreement up to and including January 26, 2016.

Dated: January 20, 2016                                   Respectfully submitted,

| | |
|---|---|
| J.H. Zidell, P.A. | **GREENBERG TRAURIG, LLP** |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| 300 71st Street #605 | 333 Avenue of the Americas, Suite 4400 |
| Miami Beach, Florida 33141 | Miami, Florida 33131 |
| Telephone: (305) 865-6766 | Telephone: (305) 579-0519 |
| Facsimile: (305) 865-7167 | Facsimile: (305) 579-0717 |
| By: /s/ J.H. Zidell | By: /s/ Patrick F. Martin |
| J.H. Zidell (with express permission by Patrick F. Martin) | PATRICK F. MARTIN |
| Florida Bar No. 0010121 | Florida Bar No. 00998729 |
| zabogado@aol.com | martinpa@gtlaw.com |

Elizabeth O. Hueber
Florida Bar No. 33141
elizabeth.huber.esq@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2016, a copy of the foregoing was electronically filed with the Court's CM/ECF system, which will automatically deliver notice upon the following:

J. H. Zidell, Esq.
zabogado@aol.com
Elizabeth O. Hueber, Esq.
elizabeth.huber.esq@gmail.com
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

                                              /s/ Patrick F. Martin
                                                  PATRICK F. MARTIN
                                                  Florida Bar No. 00998729