UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-22694-AOR

ITZEN ISAAC CABRERA URBINA, and all
others similarly situated under 29 U.S.C.
216(B),

    Plaintiff,

vs.

ROK SOUTH, LLC; JEY HOSPITALITY
GROUP, LLC

    Defendants.                      /

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION TO APPROVE SETTLEMENT AGREEMENT

THIS CAUSE came before the Court on Plaintiff Itzen Isaac Cabrera Urbina ("Plaintiff") and Defendants Rok South, LLC ("Rok South") and JEY Hospitality Group, LLC ("JEY") (collectively the "Parties"), Joint Motion for Extension of Time to File Motion to Approve Settlement Agreement ("Motion"). The Court, having reviewed same and being otherwise duly advised in the premises thereof, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Motion is Granted.

    2.    The Parties have up to and including January 26, 2016, to file their Joint Motion to Approve the Settlement Agreement.

    **DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida this \_\_\_\_\_ day of _____, 2015.

                                                                 ALICIA M. OTAZO-REYES
                                                                 UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record via CM/ECF