**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 15-22694-CIV-OTAZO-REYES**

<u>**CONSENT CASE**</u>

ITZEN ISAAC CABRERA URBINA,

     Plaintiff,

v.

ROK SOUTH, LLC and
JEY HOSPITALITY GROUP, LLC

     Defendants.

_____/



<u>**ORDER OF DISMISSAL**</u>

     THIS CAUSE is before the Court upon the parties' Joint Motion to Approve Settlement Agreement [D.E. 54]. Having reviewed, in camera, the Settlement Agreement between Plaintiff Itzen Isaac Cabrera Urbina ("Plaintiff") and Defendants Rok South, LLC and JEY Hospitality Group, LLC ("Defendants"), it appears to the Court that due cause exists to approve the settlement and dismiss the case with prejudice regarding Plaintiff's claims against Defendants with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. Therefore, it is

     ORDERED AND ADJUDGED that the Settlement Agreement is hereby APPROVED by the Court pursuant to <u>Lynn's Food Stores, Inc. v. U.S. Dep't of Labor</u>, 679 F.2d 1350 (11th Cir. 1982), and this action is DISMISSED WITH PREJUDICE with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. The parties shall finalize the settlement through the exchange of consideration as contemplated in the Settlement Agreement. Each party shall

bear its own costs and attorney's fees, except as otherwise stated in the Settlement Agreement.

All pending motions are DENIED AS MOOT and this case is CLOSED.

DONE AND ORDERED in Chambers in Miami, Florida, this 27th day of January, 2016.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record